JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JASON J. ALLISON, MASOOD KHAN, AND THE KHAN LAW GROUP, L.C.,<br><br>Defendants. | Case No.:  5:22-cv-01494-JLS-PVC<br><br>**JUDGMENT** |

Pursuant to Federal Rules of Civil Procedure, Rules 54 and 58, the Court, having issued an Order Granting Defendants JASON J. ALLISON, MASOOD KHAN, and KHAN LAW GROUP, L.C.'s Motion for Summary Judgment (ECF Dkt. No. 60), now hereby enters Judgment in favor of Defendants JASON J. ALLISON, MASOOD KHAN, and KHAN LAW GROUP, L.C. and against Plaintiff MARKEL AMERICAN INSURANCE COMPANY.

Pursuant to Federal Rule of Civil Procedure 54(d) and Local Rule 54-2 any application to tax costs shall be filed no later than 14 days after entry of this Judgment.

**IT IS SO ORDERED.**

DATED: August 16, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE